# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

MARK DAVIS
CHIEF JUDGE

April 16, 2025

Rondale Claud #92918-083
USP Lee
P.O. Box 305
Jonesville, VA 24263

                                      RE: USA v. Rondale Claud
                                      4:18cr91

Mr. Claud,

The Clerk's Office is in receipt of your letter requesting contact information for the Federal Public Defender's Office in Norfolk. Their office is located at the below address:

500 E. Main Street
Suite 500
Norfolk, VA 23510

                              Sincerely,

                                  /s/
                              Fernando Galindo, Clerk
                              By: Deputy Clerk